# M&B
## MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

SEP 03 2008

September 3, 2008

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
By Fax 212-805-7942

*adjourned to Sep. 8, 2008, 3:00 p.m.
9-3-08*

Re: *Garcia v. Marshall* 02 Civ 7353 (AKH)

Dear Judge Hellerstein:

I am writing to the Court to respectfully request a rescheduling of the conference in the above captioned matter currently scheduled for Monday, September 8, 2008 at 10:30 am. I have spoken to my adversary, ADA Hilary Hassler who consents to this request.

Unfortunately, I have a deposition scheduled for Monday, September 8, at 10:00 am which conflicts with the conference scheduled by the Court in this matter. Both ADA Hassler and I are available in the afternoon on Monday, or any other time or day next week at the convenience of the Court.

If it is possible to reschedule the conference, I would very much appreciate it. Thank you for your time and consideration.

Respectfully submitted,

Susan J. Walsh
Attorney for Petitioner Garcia

cc: Hilary Hassler, Esq. (212) 335-9288

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08